255

MARLOW *v.* BURNS.

HEAD, Justice. The verdict of the jury is amply supported by the evidence; and, no error of law being otherwise asserted, the judgment of the trial court denying the motion for new trial must be

*Affirmed. All the Justices concur, except Atkinson, P.J., not participating.*

No. 17893. SUBMITTED JUNE 9, 1952—DECIDED JULY 14, 1952.

*H. T. Oliver,* for plaintiff in error.
*Johnson & Johnson,* contra.